DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHEL DOMINGUEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-281

[February 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Krista Marx, Judge; L.T. Case No. 2016CF003242AXX.

Louis G. Carres and Ronald S. Chapman, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and CONNER, JJ., concur.

\*   \*   \*

***Not final until disposition of timely filed motion for rehearing.***